# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELASIO SALAZAR and SAAD SHAMMAS, et al., <br><br> Plaintiff, <br> vs. <br> AVIS BUDGET GROUP, INC., et al., <br><br> Defendant. | CASE NO. 07cv64-IEG (WMc) <br><br> ORDER |

At the request of counsel a telephonic status regarding discovery will be held on **Tuesday, August 21, 2007, at 4:00 p.m.** Counsel for defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.

IT IS SO ORDERED.

DATED: August 16, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Irma Gonzalez
    U.S. District Judge

All Counsel and Parties of Record